## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18-cr-032(4) |
| Plaintiff, | : | **Magistrate Thomas Rose** |
| vs. | : | |
| CHRISTOPHER ROBERTS, | : | |
| Defendant. | | |

### MOTION OF DEFENDANT, CHRISTOPHER ROBERTS, REQUEST TO APPOINT AN EXPERT

Now comes Defendant, Christopher Roberts, seeking an order from the Court to appoint an expert in order to determine the DNA findings as it relates to him in this case.

**WHEREFORE,** the Defendant permits the appointment of an expert to review the DNA findings relevant to him in this case.

Respectfully Submitted,

*S/Aaron G. Durden*
Aaron G. Durden, #0039862
Durden Law L.P.A., LLC
10 West Monument Avenue
Dayton, Ohio 45402
(937) 461-9400
(937) 222-1841
agdlawyer@aol.com
Trial Counsel for Defendant, Christopher Roberts

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon Assistant United States Attorney, Amy Smith, by electronic filing, this 5th day of June, 2019.

*S/Aaron G. Durden*
Aaron G. Durden